**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON**, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 19-2181 (KBJ) |
| **U.S. ENVIRONMENTAL PROTECTION AGENCY**, et al., | ) ) (consolidated with 19-2198 and 19-3270) ) |
| Defendants. | ) ) ) |

**[PROPOSED] ORDER**

Upon due consideration of Defendants' motion for leave to file a surreply, and for good cause shown, it is hereby **ORDERED** that Defendants' motion is **GRANTED**. The Clerk is directed to file on the docket the surreply and declarations lodged with Defendants' motion.

**SO ORDERED**.

Date: _____, 2020

_____
United States District Judge