UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Civil Action No. 19-2181 (KBJ)<br><br>(consolidated with 19-2198 and 19-3270) |

## JOINT STATUS REPORT

By Minute Order dated January 28, 2021, the Court granted Plaintiffs' request to reschedule the motion hearing previously scheduled for February 4, 2021, to allow time for the parties to engage in settlement discussions, and directed the parties to file a joint status report by March 29, 2021, with a proposed schedule for further proceedings if litigation is necessary. The parties have commenced settlement discussions, which remain ongoing. The parties have also agreed to convene for a teleconference including appropriate representatives from Defendant Environmental Protection Agency by no later than April 26, 2021.

In light of the foregoing developments, the parties respectfully propose that they file another joint status report by April 28, 2021, advising the Court of the status of this case and a proposed schedule for further proceedings if litigation is deemed necessary.

Respectfully submitted,

*/s/ Nikhel S. Sus*
Nikhel S. Sus
(D.C. Bar No. 1017937)
Citizens for Responsibility and
Ethics in Washington
1101 K St. N.W., Suite 201
Washington, DC 20005
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org

*Attorney Plaintiff Citizens for Responsibility and Ethics in Washington*

*/s/ Margaret E. Townsend*
Margaret E. Townsend (DC Bar No. OR0008)
Amy R. Atwood (D.C. Bar No. 470258)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6409
mtownsend@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity and Environmental Integrity Project*

*/s/ Stuart Wilcox*
Stuart Wilcox (Bar No. CO0062)
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
(720) 331-0385
wilcox@enviroadvocates.com

*Attorney for Plaintiffs Ecological Rights Foundation and Our Children's Earth Foundation*

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs Branch

2

/s/ *Joshua Kolsky*
JOSHUA M. KOLSKY
Trial Attorney
D.C. Bar No. 993430
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664
Fax: (202) 616-8470
E-mail: joshua.kolsky@usdoj.gov

*Attorneys for Defendants*