UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON**, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. ENVIRONMENTAL PROTECTION AGENCY**, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 19-2181 (KBJ) <br><br> (consolidated with 19-2198 and 19-3270) |

## JOINT STATUS REPORT

By Minute Order dated January 28, 2021, the Court granted Plaintiffs' request to reschedule the motion hearing previously scheduled for February 4, 2021, to allow time for the parties to engage in settlement discussions, and directed the parties to file a joint status report by March 29, 2021, with a proposed schedule for further proceedings if litigation is necessary. The parties filed further joint status reports on March 29, April 28, and May 12, seeking additional time to engage in settlement discussions. ECF Nos. 43, 44, 45. By Minute Order dated May 13, 2021, the Court directed the parties to file another joint status report by today, May 19, with a proposed schedule for further proceedings if litigation is going to be necessary. The parties now report as follows:

Although the parties engaged in further settlement discussions, they have not reached an agreement. The settlement discussions are continuing but it is unclear whether a settlement will be reached. To avoid further delays in the resolution of this matter, the parties thus respectfully

request that the Court reschedule the previously vacated motions hearing for a date convenient to the Court.[1] The parties will promptly inform the Court if they reach an agreement in principle.

Plaintiffs also wish to bring two additional matters to the Court's attention. First, the Court's October 28, 2020 Minute Order stated that counsel will be contacted by email regarding the format for the motion hearing. Although those instructions became unnecessary after the hearing was vacated, counsel will stand by for the Court's guidance on hearing format once the hearing is reinstated. Second, both counsel for Plaintiffs Center for Biological Diversity and the Environmental Integrity Project and counsel for Plaintiffs Ecological Rights Foundation and Our Children's Earth Foundation have filed unopposed motions for leave to appear at the motion hearing by audio or videoconferencing, and those motions remain pending. *See* ECF Nos. 38, 39. Plaintiffs' counsel bring these motions to the Court's attention to ascertain whether it is necessary to re-file motions regarding remote appearance at the motion hearing when it is rescheduled.

---

[1] Stuart Wilcox, counsel for Plaintiffs Ecological Rights Foundation and Our Children's Earth Foundation, respectfully requests that the Court not schedule the hearing for May 31 to June 3 or June 21 to July 12 to accommodate time Mr. Wilcox will be unavailable.

Margaret Townsend, counsel for Plaintiffs Center for Biological Diversity and Environmental Integrity Project, respectfully requests that the Court not schedule the hearing on May 20, May 21, May 27, May 28, July 1, July 2, or August 19 to September 7 to accommodate time Ms. Townsend will be unavailable.

Nikhel Sus, counsel for Plaintiff Citizens for Responsibility and Ethics in Washington, respectfully requests that the Court not schedule the hearing on June 25, September 16-17, October 7-8, or October 22 to accommodate time Mr. Sus will be unavailable.

Joshua Kolsky, counsel for Defendants, is currently on paternity leave until June 21. He would prefer the hearing be scheduled for a date after June 21, but if the Court wishes to schedule it sooner, he will certainly make himself available and/or engage another DOJ attorney to assist with the argument as necessary.

DATE: May 19, 2021    Respectfully submitted,

/s/ Nikhel S. Sus
Nikhel S. Sus
(D.C. Bar No. 1017937)
Citizens for Responsibility and
Ethics in Washington
1101 K St. N.W., Suite 201
Washington, DC 20005
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org

*Attorney for Plaintiff Citizens for Responsibility and Ethics in Washington*

/s/ Margaret E. Townsend
Margaret E. Townsend (DC Bar No. OR0008)
Amy R. Atwood (D.C. Bar No. 470258)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6409
mtownsend@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity and Environmental Integrity Project*

/s/ Stuart Wilcox
Stuart Wilcox (Bar No. CO0062)
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
(720) 331-0385
wilcox@enviroadvocates.com

*Attorney for Plaintiffs Ecological Rights Foundation and Our Children's Earth Foundation*

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs Branch

/s/ Joshua M. Kolsky

3

JOSHUA M. KOLSKY
Trial Attorney
D.C. Bar No. 993430
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664
Fax: (202) 616-8470
E-mail: joshua.kolsky@usdoj.gov

*Attorneys for Defendants*