## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, et al.,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-2181 (FYP) |
| **U.S. ENVIRONMENTAL PROTECTION AGENCY**, et al., | ) ) ) | (consolidated with 19-2198 and 19-3270) |
| Defendants. | ) ) ) | |

## JOINT STATUS REPORT

Plaintiffs and Defendants in case number 19-3270 respectfully submit this Joint Status Report pursuant to the Court's November 19, 2021 Minute Order.  In that Minute Order, the Court noted that the parties in case numbers 19-cv-2181 and 19-cv-2198 had informed the Court that they have reached an agreement-in-principle to settle case numbers 19-cv-2181 and 19-cv-2198 but that an agreement-in-principle had not been reached as to case number 19-3270.  The Court further ordered as follows:

> Because the claims in all three cases overlap and the pending settlement of case numbers 19-cv-2181 and 19-cv-2198 may affect the litigation of case number 19-cv-3270, it is hereby ORDERED that case number 19-cv-3270 is STAYED pending the finalization of the settlement agreement in case numbers 19-cv-2181 and 19-cv-2198. It is FURTHER ORDERED that the parties to case number 19-cv-3270 shall file a Joint Status Report, which will update the Court on outstanding issues in the case and whether any arguments are mooted by the settlement, by January 7, 2022.

### Defendants' Report

Defendants report that the parties in case numbers 19-cv-2181 and 19-cv-2198 have made substantial progress towards finalizing the written settlement agreement of those cases, including

exchanging drafts of the agreement, most recently on January 4.  Defendants expect that the parties will continue to work expeditiously towards finalizing the settlement.

Given that the settlement is not yet final and the details of the written agreement are still being determined, Defendants respectfully submit that it is premature for the parties to confer about the impact of the final agreement, which does not exist yet, on case number 19-cv-3270. Indeed, it is not clear that Plaintiffs in case number 19-cv-3270 are even aware of all the terms of the agreement-in-principle or have seen any drafts of the written settlement agreement.  And even if they have, the agreement remains subject to change until it is finalized.  Accordingly, Defendants respectfully propose that the parties submit a joint status report on whether any arguments are mooted by the settlement within 14 days after the settlement agreement is finalized.  Defendants will promptly notify the Court and Plaintiffs in case number 19-cv-3270 once the agreement is executed.

**Plaintiffs' Report**

Plaintiffs continue to oppose further delay in this case and respectfully request that the Court lift the stay in 19-cv-3270 and promptly schedule a hearing on the pending motions in that case. As Plaintiffs previously informed the Court, this case was filed on July 24, 2019, almost two and a half years ago, and dispositive motions have been fully briefed since May 2020, over a year and a half ago. Plaintiffs have been and continue to be harmed by the illegal and improperly-promulgated regulations at issue in this lawsuit and they are entitled to a remedy to address this harm. Plaintiffs previously were negotiating with Defendants, their position was rejected, and this settlement thus will not resolve their claims. It is clear that a ruling from this Court is necessary to provide Plaintiffs with adequate relief. Plaintiffs recognize that the Court was previously inclined to grant a short amount of extra time within which to finalize the

settlement(s) in 19-cv-2181 and 19-cv-2198, but now that time has elapsed and Defendants request that this stay be extended again, this time indefinitely. As a result, Plaintiffs respectfully request that the Court promptly set a hearing date and that it require supplemental briefing if Defendants suggest that any claim is moot based on the settlement agreement(s) they are negotiating in 19-cv-2181 and 19-cv-2198. In the alterative, Plaintiffs request that the Court order supplemental briefing on whether the stay should continue and order the parties to file another joint status report within 30 days of the present joint status report.

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs Branch

/s/ *Joshua Kolsky*
JOSHUA M. KOLSKY
Trial Attorney
D.C. Bar No. 993430
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664
Fax: (202) 616-8470
E-mail: joshua.kolsky@usdoj.gov

*Attorneys for Defendant*

*/s/ Stuart Wilcox*
Stuart Wilcox (Bar No. CO0062)
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
(720) 331-0385
wilcox@enviroadvocates.com

*Attorney for Plaintiffs Ecological Rights*

*Foundation and Our Children's Earth Foundation*