UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**U.S. ENVIRONMENTAL PROTECTION AGENCY,** *et al.*,<br><br>*Defendants*. | **Civil Action No. 19-2181 (FYP)**<br><br>(consolidated with 19-2198 and 19-3270) |

**ORDER**

This consolidated case includes two sets of plaintiffs: (1) the Plaintiffs in Case Nos. 19-2181 and 19-2198 ("Consolidated Plaintiffs"); and (2) the remaining Plaintiffs in Case No. 19-3270. The Consolidated Plaintiffs have filed a [50] Stipulation of Dismissal with Prejudice and attached Settlement Agreement, notifying the Court that they have settled all claims with Defendants. The parties in Case No. 19-3270 have filed a [51] Joint Status Report, indicating that the Settlement Agreement does not resolve the issues in that case. In accordance with the parties' representations, it is hereby

**ORDERED** that Case Nos. 19-2181 and 19-2198 are **DISMISSED** and **CLOSED**; and it is further

**ORDERED** that the Court shall retain jurisdiction over Case Nos. 19-2181 and 19-2198 for the limited and exclusive purpose, if necessary, of enforcing paragraph 1 of the parties' Settlement Agreement, pursuant to the procedures specified in the Settlement Agreement; and it is further

**ORDERED** that Defendants' [12] Motion to Dismiss and Consolidated Plaintiffs' [14] Cross Motion for Summary Judgment are **DENIED** as moot; and it is further

**ORDERED** that the remaining Plaintiffs' [38] Motion for Leave to Appear by Telephone or Videoconferencing is **DENIED** as moot, as the hearing referenced in the Motion was vacated; and it is further

**ORDERED** that the parties in Case No. 19-3270 shall appear before the Court via videoconference on March 3, 2022, at 2:00 p.m., for a status conference.

**SO ORDERED.**

                                                                                                         _____

                                                                                                          FLORENCE Y. PAN  
                                                                                                          United States District Judge

Date:  February 14, 2022