## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ECOLOGICAL RIGHTS FOUNDATION**
**and OUR CHILDREN'S EARTH**
**FOUNDATION,**

*Plaintiffs*,

**v.**

**U.S. ENVIRONMENTAL PROTECTION**
**AGENCY, *et al.*,**

*Defendants*.

Civil Action No. 19-2181 (FYP)

## <u>ORDER</u>

For the reasons set forth in the Memorandum Opinion, it is this 12th day of September,

2022, hereby

**ORDERED** that Defendants' [26] Motion to Dismiss is **GRANTED IN PART**, and

Plaintiffs' Claims 1, 2, and 5 are **DISMISSED**; and it is further

**ORDERED** that Claim 4 is **REMANDED WITHOUT VACATUR**; and it is further

**ORDERED** that Plaintiffs' [28] Partial Motion for Summary Judgment is **DENIED**.

**SO ORDERED.**

_____
FLORENCE Y. PAN
United States District Judge

Date:   September 12, 2022